MDI

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2015 JUN -4  A 11: 49

JEROME GREER/#185535 )
_____ )
Full name and prison name of DEBRA P. HACKETT, CLK )
Plaintiff(s) U.S. DISTRICT COURT )
MIDDLE DISTRICT AL )
 )
v. ) CIVIL ACTION NO. 2:15-CV-395-MHT-SRW
 ) (To be supplied by Clerk of U.S. District
(ADOC), WARDEN LEON FORNISS ) Court)
_____ )
, SGT. JONES, )
_____ )
, SGT. HUNTER FUTRAL, )
, (COI) CHRISTOPHER ARRUNGTON )
, C. CLADWELL )
, (COI) JOHN DOE (UNKNOWN) )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I. PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐   NO ☒

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s) _____ N/A _____

           Defendant(s) _____ N/A _____

       2.  Court (if federal court, name the district; if state court, name the county)
           _____ N/A _____

3. Docket number ___ N/A ___

4. Name of judge to whom case was assigned ___ N/A ___

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) ___ N/A ___

6. Approximate date of filing lawsuit ___ N/A ___

7. Approximate date of disposition ___ N/A ___

II. PLACE OF PRESENT CONFINEMENT ELMORE CORRECTIONAL FACILITY, MARION SPILLWAY ROAD, ELMORE, AL 36025

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED STATON CORRECTIONAL FACILITY, P.O. BOX 56, ELMORE, AL 36025

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                              ADDRESS

1. WARDEN LEON FORNISS, P.O. BOX 56, ELMORE, AL 36025

2. SGT. JONES, P.O. BOX 56, ELMORE, AL 36025

3. COI. HUNTER FUTRAL, P.O. BOX 56, ELMORE, AL 36025

4. COI. CHRISTOPHER ARRINGTON, P.O. BOX 56, ELMORE, AL 36025

5. COI. C CALDWELL, P.O. BOX 56, ELMORE, AL 36025

6. COI. JOHN DOE (REAL NAME UNKNOWN) P.O. BOX 56, ELMORE, AL 36025

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED
JUNE 2nd, 2014

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:    SEE ATTACHMENT (A)

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

SEE ATTACHMENT (A)

GROUND TWO: SEE ATTACHMENT (A)

SUPPORTING FACTS: SEE ATTACHMENT (A)

GROUND THREE: SEE ATTACHMENT (A)

SUPPORTING FACTS: SEE ATTACHMENT (A)

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

SEE ATTACHMENT (A)

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/02/15
              (Date)

_____
Signature of plaintiff(s)

ATTACHMENT (A)

(V)  GROUND ONE ALLEGATION

"(COI.) CHRISTOPHER ARRINGTON IS BEING SUED IN HIS INDIVIDUAL CAPACITY AND OFFICAIAL CAPACITY FOR AN EIGHT AMENDMENT VIOLATION: TO WHICH HE INITIATED AND COMMITTED ASSAULT AND BATTERY AGAINST MR. GREER (PLAINTIFF) PERSON WHILE PERFORMING DUTIES UNDER COLOR OF STATE LAW."

PAGE (3)   FACTS WHICH SUPPORT THIS GROUNDS

ON JUNE 2nd, 2014, COI CHRISTOPHER ARRINGTON SUCKER PUNCHED PLAINTIFF IN THE RIGHT EYE AND THEN PUSHED PLAINTIFF TO THE FLOOR WITH THE AID AND ABET OF TWO OTHER DEFENDANTS (C. CALDWELL & JOHN DOE), BEGAN TO PUNCH AND KICK THE PLAINTIFF REPEATEDLY WHILE PLAINTIFF WAS LAYING ON THE FLOOR CURLED UP TRYING TO PROTECT HIMSELF FROM MULTIPLE BLOWS FROM THE DEFENDANTS KICKING AND PUNCHING HIM ON THE FLOOR INSIDE THE (SHIFT OFFICE) AT THE PRISON FACILITY IN ALABAMA AT STATON CORRECTIONAL FACILITY.

GROUND TWO

(COI) C. CALDWELLL IS BEING SUED IN HIS INDIVIDAUL CAPACITY AND OFFICIAL CAPACITY FOR AN EIGHT AMENDMENT VIOLATION IN WHICH HE AIDED CHRISTOPHER ARRINGTON IN ASSAULTING PLAINTIFF GREER BY KICKING AND PUNCHING GREER MULTIPLE TIMES WITH OTHER EMPLOYEES CAUSING INJURY TO THE PLAINTIFF WHILE PERFOFMING DUTIES UNDER COLOR OF STATE LAW.

SUPPORTING FACTS

ON JUNE 2nd, 2014, C. CALDWELL AIDED AND ABETTED CHRISTOPHER ARRINGTON IN HIS ASSAULTING AND BATTERY AGAINST PLAINTIFF GREER, BY PUNCHING AND KICKING PLAINTIFF MULTIPLE TIMES IN CONCERT WITH OTHER EMPLOYEES AS PLAINTIFF WAS LAYING ON THE FLOOR IN THE SHIFT OFFICE AT STATON

CORRECTIONAL FACILITY WHILE THE PLAINTIFF WAS CURLED UP TRYING TO PROTECT HIMSELF.

### GROUND THREE

COI JOHN DOE( REAL NAME UNKNOWN) IS BEING SUED IN HIS INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY FOR AN EIGHT AMENDMENT VIOLATION IN WHICH HE AIDED AND ABETTED TWO OTHER EMPLOYEES (ARRINGTON & CALDWELL) BY PUNCHING AND KICKING PLAINTIFF GREER, ASSAULTING AND BATTERY AGAINST PLAINTIFF GREER CAUSING INJURY BY STRIKING PLAINTIFF GREER MULTIPLE TIMES TO THE BODY WHILE PLAINTIFF WAS LAYING ON THE FLOOR CURLED UP TRYING TO PROTECT HIMSELF ON THE SHIFT OFFICE FLOOR AT STATOTN CORRECTIONAL FACILITY IN ELMORE ALABAMA.

### SUPPORTING FACTS

ON JUNE 2nd, 2014, JOHN DOE AIDED AND ABETTED TWO (ADOC) EMPLOYEES (ARRINGTON & CALDWELL ) IN ASSAULTING AND BATTERY COMMITTED AGAINST PLAINTIFF GREER BY PUNCHING HIM (GREER) AND KICKING (GREER) MULTIPLE TIMES TO THE BODY CAUSING INJURY TO PLAINTIFF GREER AS PLAINTIFF GREER WAS LAYING ON THE FLOOR CURLED UP INTO A BALL TRYING TO PROTECT HIMSELF FROM THE MULTIPLE BLOWS OF THE DEFNDANTS IN THE SHIFT OFFICE AT STATON CORRECTIONAL FACILITY IN ELMORE COUNTY ALABAMA.

### GROUND FOUR

SGT. JONES IS BEING SUED IN HIS INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY FOR ALLOWING AN EIGHT AMENDMENT VIOLATION TO BE BOMMITTED AGAINST PLAINTIFF GREER PERSON WHILE ACTING UNDER COLOR OF STATE LAW AND SUPERVISION OF EMPLOYEES (CHRISTOPHER ARRINGTON, C. CALDWELL , AND JOHN DOE).
SGT. JONES FAILED TO PERFORM HIS DUTY TO PROTECT PLAINTIFF GREER FROM EMPLOYEES (ARRINGTON,CALDWELL, JOHN DOE) ASSAULTING AND BATTERY HIS BODY CAUSING INJURY.

### SUPPORTING FACTS

ON JUNE 2nd , 2014, SGT. JONES FAILED TO PERFORM HIS DUTY AS A

SUPERVISOR OF SECOND SHIFT EMPLOYEES AND TO PREVENT EMPLOYEES (ARRINGTON, CALDWELL, JOHN DOE) FROM FURTHERING ASSAULTING AND BATERY AGAISNT PLAINTIFF GREER AS HE(SGT.JONES) WATCHED EMPLOYEE (ARRINGTON PUNCHED PLAINTIFF IN THE RIGHT EYE AND SHOVED(PUSHED) PLAINTIFF GREER TO THE FLOOR AND BEGAN TO PUNCH AND KICK HIM MULTIPLE TIMES WITH OTHER EMPLOYESS( CALDWELL AND JOHN DOE) JOINING IN AIDING AND ABETTING KICKING AND PUNCHING PLAINTIFF GREER ON THE FLOOR WHILE GREER WAS DEFENSELESSLY AND NOT RESISTING LAYING ON THE FLOOR CURLED UP TRYING TO SHIELD HIMSELF FROM THE MOB ATTACK OF NUMEROUS BLOWS HITTING HIS BODY ALL OVER IN THE SHIFT OFFICE AT STATON CORRECTIONAL FACILITY IN ELMORE COUNTY ALABAMA.

## GROUND FIVE

WARDEN I. FORNISS AND WARDEN II. IS BEING SUED UNDER COLOR OF STATE LAW IN THEIR INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY FOR FAILING TO PROTECT PLAINTIFF GREER WHO WAS UNDER THEIR CARE AND CUSTODY AT ALL TIME DURING HIS ASSIGNMENT WHILE HOUSED AT STATON CORRECTIONAL FACILITY.
WARDEN I. FORNISS AND WARDEN II. WAS NEGLIGENT IN FAILING TO PROVIDE ENOUGHGUARDS TO PROTECT PLAINTIFF GREER FROM BEING ASSAULTED PHYSICALLY AND CAUSING INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS.

## SUPPORTING FACTS

WARDEN I FORNISS AND WARDEN II. FAILED TO TRAIN OR SUPERVISE THE TRAINING OF EMPLOYEES(JOHN DOE, CHRISTOPHER ARRINGTON, C. CALDWELL, SGT. JONES) SO THEY WOULD KNOW HOW TO TREAT PLAINTIFF GREER FROM BEING ASSAULTED AND INJURIED PHYSICALLY AND EMOTIONALLY .

WARDEN FORNISS AND DEPUTY WARDEN OF STATON WERE NEGLIGENT IN THEIR SUPERVISION AND MANAGEMENT OF THE TAINING OR SUPERVISE THE THE TRAINING OF THE EMPLOYEES (ARRINGTON,CALDWELL,JOHN DOE,JONES) IN THE MANAGEMENT AND CARE OF INMATES HOUSED AT STATON CORRECTIONAL FACILITY AS REQUIRED UNDER THE CIVIL RIGHTS ACT OF INSTITUTIONALIZED PERSON OF 1980.

## RELIEF SOUGHT

(1) DECLARE THAT THIS SUIT IS RIPE FOR AN EVIDENTIARY HEARING
(2). INJUNCTIVE RELIEF
(3). ALL COST OF COURT TO BE PAID BY THE DEFENDANT
(4). JURY TRIAL DEMAND
(5). MONEY DAMAGES IN THE AMOUNT OF $200,000.00 PER DEFENDANT
(6) ANY OTHER REFLIEF THIS COURT DEEMS APPROPRIATE.

SUBMITTED
*Jerome Greer #81*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE PROVIDED COPY TO THE PARTIES INVOLVED BY DE½POSIT IN THE PRISDN MAILBOX AT ELMORE CORRECTIONAL FACILITY, PREPAID FIRST CLASS POSTAGE WITHIN THE UNITED STATES POSTAL SYSTEM ON THIS DAY OF 2nd OF JUNE 2015 ON THE FOLLOWING AS FOLLOWED:

NAME: *Jmo BD J. Greer #81*

State of Alabama
Elmore County Alabama

## AFFIDAVIT IN SUPPORT OF 1983 COMPLAINT

I JEROME GREER El, IN FULL LIFE AND AFTER BEING ADMINISTERED UNDER THE PENALTY OF PERJURY; I AFFIRMED, DECLARED, SAY AND DEPOSES AS FOLLOWS:

I ATTEST THAT ON JUNE 2ND 2014 A.D., THAT WHILE IN THE SHIFT OFFICE AT STATON CORRECTIONAL FACILITY, I WAS TRYING TO EXPLIAN TO SGT. JONES AND SGT. HUNTER L. FUTRAL ABOUT THE DISAGREEMENT BETWEEN MYSELF AND CHRISTOPHER ARRINGTON, THIS IS WHEN CHRISTOPHER ARRINGTON ACTED WITH MALICE AND SUCKER PUNCHED ME IN MY RIGHT EYE, AND THEN SHOVED ME ACROSS SOME KIND OF STAND, AND ON TO THE FLOOR IN THE SHIFT OFFICE. THEREAFTER, HE WAS JOINED BY C. CALDWELL AND A UNKNOWN COI, IN WHICH THEY PUNCHED AND KICKED ME WHILE I WAS BALLED UP ON THE FLOOR TRYING TO COVER MY EYE. DOING THE ASSAULT BEING COMMITTED AGAINST ME SGT. JONES AND SGT. HUNTER L. FUTRAL FAILED TO ACT TO PREVENT THE ASSAULT. I WAS LATER TRANSPORTED TO JACKSON HOSPITAL AND TREATED FOR THE EYE, SHOULDER, AND HAND INJURY, AS WELL AS, I SUFFERED BRUISED RIBS FROM THE ASSAULT.

SWORN AND SUBSCRIBED BEFORE ME ON THIS __21st__ DAY OF MAY 2015 A.D.

_____
AFFIANT

_Cheryl Watson_                    12-13-15
NOTARY PUBLIC                      MY COMMISSION EXPIRES



Jerome Green Jr.
#185538/B2-65B
3520 Marion Spillway Rd.
Elmore, AL 36025

United States District Court
P.O. Box 711
Montgomery, AL 36104