IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JEROME GREER-EL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv395-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, SGT. JONES, | ) | |
| in his individual and | ) | |
| official capacity, HUNTER | ) | |
| FUTRAL, Sgt., C. CALDWELL, | ) | |
| COI, in his individual and | ) | |
| official capacity, LEON | ) | |
| FORNISS, Warden, in his | ) | |
| individual and official | ) | |
| capacity, and CHRISTOPHER | ) | |
| ARRINGTON, COI, in his | ) | |
| individual and official | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit challenging or claiming excessive force. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted. There are no objections to the

recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of July, 2018.

                                         /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE