IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JEROME GREER-EL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv395-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, SGT. JONES, | ) | |
| in his individual and | ) | |
| official capacity, HUNTER | ) | |
| FUTRAL, Sgt., C. CALDWELL, | ) | |
| COI, in his individual and | ) | |
| official capacity, LEON | ) | |
| FORNISS, Warden, in his | ) | |
| individual and official | ) | |
| capacity, and CHRISTOPHER | ) | |
| ARRINGTON, COI, in his | ) | |
| individual and official | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 54) is adopted.

(2) Defendants' motion for summary judgment (doc. no. 17) is granted.

(3) Judgment is entered in favor of defendants and against plaintiff, with plaintiff taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of July, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**